Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| In the Matter of the Search of *(Briefly Describe the property to be searched or identify the person by name and address* The residence located at Room #301 at the Extended Stay America Hotel, located at 2165 West 15th Street, Tempe, Arizona, as more particularly described in Attachment A-1 | Case No. 20-21-307 MB |
|---|---|

## SEARCH AND SEIZURE WARRANT

To:     FBI Special Agent Travis Bodily, and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of <u>Arizona.</u>
*(identify the person or describe the property to be searched and give its location*):

### AS FURTHER DESCRIBED IN ATTACHMENT A-1.

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

### AS SET FORTH IN ATTACHMENT B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before     <u>October 27, 2021</u>                    .
                                                                                        *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>Any United States Magistrate Judge on Criminal duty in the District of Arizona.</u>

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*     ☐ for 30 days *(not to exceed 30)*
                                      ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  <u>October 13, 2021 @ 6pm</u>   _Michelle Burns_
                                                                                                            *Judge's signature*

City and State:  <u>Phoenix, Arizona</u>                                    <u>Honorable Michelle H. Burns, U.S. Magistrate Judge</u>
                                                                                                            *Printed name and title*

## ATTACHMENT A

### *Property to be searched*

The premises and property to be searched is Room #301 at the Extended Stay America Hotel, located at 2165 West 15th Street, Tempe, Arizona.

The building is a three-story multi-room hotel.  The outside is stucco construction and painted tan with brown trim.  The hotel is located on the south side of 15th Street and the lobby doors face north.  The building has a tile roof and asphalt parking lot surrounding the building.  Room 301 is on the third floor.

## ATTACHMENT B

### *Property to be seized*

1. Any and all money and proceeds from the bank robberies.
2. United States currency, money wrappers, and bands.
3. Notebooks, calendars, journals, documents or other items identifying or indicating the ideology, motivation, preparation, and planning related to bank robbery and incidental crimes or any other robberies.
4. Diaries, journals, ledgers, photographs, maps, or other personal records indicating the locations or activities of **STEWART** and her associates leading up to the robberies and other planning activities.
5. Maps, routes, pictures, videos or photographs of or related to the offense locations, or travel related to the criminal activity.
6. Photographs, including still photos, negatives, slides, videotapes, and films, in particular those showing **STEWART**, criminal associates, U.S. currency, tools or instruments used in the criminal activity, real and personal property, firearms, or controlled substances.
7. Documents or other items bearing the name of or identifying the victim businesses.
8. Indicia of occupancy, residency, rental, ownership, or use of the Subject Premises and any vehicles.
9. Firearms.
10. Ammunition.
11. Clothing worn during any bank robberies, as described by witnesses and/or observed in surveillance images or video, to include:
    A. Black T-shirt.
    B. Gray athletic shoes with white soles.
    C. "distressed" style jeans with rips on the front of the legs.
    D. Dark colored bandanas
12. Robbery demand notes.
13. Cell phones, computer tablet devices, computers, and electronic storage media.
14. Any and all information/records that would tend to show that the crime of bank robbery or incidental crimes or other robberies has been committed and/or information or records that would assist in identifying individuals associated with these crimes. This includes all records, whether stored on paper or electronic/magnetic media, such as tapes,

12

cassettes, diskettes, mobile telephones, computers, or other electronic devices, together with indicia of use, ownership, possession, or control of these records.

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| In the Matter of the Search of | |
|---|---|
| *(Briefly Describe the property to be searched or identify the person by name and address)* | Case No. 2↕ 307 MB |
| The residence located at Room #301 at the Extended Stay America Hotel, located at 2165 West 15th Street, Tempe, Arizona, as more particularly described in Attachment A-1 | |

## APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, FBI Special Agent Travis Bodily, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property (*identify the person or describe the property to be searched and give its location*):

**As further described in Attachment A-1.**

Located in the District of <u>Arizona</u>, there is now concealed (*identify the person or describe the property to be seized*):

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| 18 U.S.C. § 2113 | Bank Robbery and Incidental Crimes |
|---|---|
| | |

The application is based on these facts:

**The Affidavit of FBI Special Agent Travis Bodily is set forth and incorporated herein by reference.**

- ☒ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA – Keith Vercauteren ~~KEITH VERCAUTEREN~~ *Digitally signed by KEITH VERCAUTEREN Date: 2021.10.13 17:37:47 -07'00'*

_____
*Applicant's Signature*

_____
*Travis Bodily, FBI Special Agent*
*Printed name and title*

Date and time issued: <u>October 13, 2021</u>

_____
*Judge's signature*

City and State: <u>Phoenix, Arizona</u>

<u>Honorable  Michelle H. Burns, U.S. Magistrate Judge</u>
*Printed name and title*

## ATTACHMENT A

### *Property to be searched*

The premises and property to be searched is Room #301 at the Extended Stay America Hotel, located at 2165 West 15th Street, Tempe, Arizona.

The building is a three-story multi-room hotel. The outside is stucco construction and painted tan with brown trim. The hotel is located on the south side of 15th Street and the lobby doors face north. The building has a tile roof and asphalt parking lot surrounding the building. Room 301 is on the third floor.

11

## ATTACHMENT B

### *Property to be seized*

1.  Any and all money and proceeds from the bank robberies.
2.  United States currency, money wrappers, and bands.
3.  Notebooks, calendars, journals, documents or other items identifying or indicating the ideology, motivation, preparation, and planning related to bank robbery and incidental crimes or any other robberies.
4.  Diaries, journals, ledgers, photographs, maps, or other personal records indicating the locations or activities of **STEWART** and her associates leading up to the robberies and other planning activities.
5.  Maps, routes, pictures, videos or photographs of or related to the offense locations, or travel related to the criminal activity.
6.  Photographs, including still photos, negatives, slides, videotapes, and films, in particular those showing **STEWART**, criminal associates, U.S. currency, tools or instruments used in the criminal activity, real and personal property, firearms, or controlled substances.
7.  Documents or other items bearing the name of or identifying the victim businesses.
8.  Indicia of occupancy, residency, rental, ownership, or use of the Subject Premises and any vehicles.
9.  Firearms.
10. Ammunition.
11. Clothing worn during any bank robberies, as described by witnesses and/or observed in surveillance images or video, to include:
    A.  Black T-shirt.
    B.  Gray athletic shoes with white soles.
    C.  "distressed" style jeans with rips on the front of the legs.
    D.  Dark colored bandanas
12. Robbery demand notes.
13. Cell phones, computer tablet devices, computers, and electronic storage media.
14. Any and all information/records that would tend to show that the crime of bank robbery or incidental crimes or other robberies has been committed and/or information or records that would assist in identifying individuals associated with these crimes. This includes all records, whether stored on paper or electronic/magnetic media, such as tapes,

cassettes, diskettes, mobile telephones, computers, or other electronic devices, together with indicia of use, ownership, possession, or control of these records.

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

Your Affiant, Travis K. Bodily, being first duly sworn, hereby deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      Your Affiant makes this Affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the premises located at Extended Stay America hotel, 2165 West 15th Street, Room #301, Tempe, Arizona (hereinafter the "**Subject Premises**") within the District of Arizona, as further described in Attachment A, in order to search for and seize the items outlined in Attachment B, which represent evidence, fruits, and/or instrumentalities of the criminal violations further described below.

2.      Based on the facts set forth in this Affidavit, my training and experience, and in consultation with other experienced investigators, there is probable cause to believe that within the **Subject Premises** there are evidence, fruits, and instrumentalities of criminal violations of Title 18, United States Code (U.S.C.), Section 2113 (Bank Robbery and Incidental Crimes). There is also probable cause to search the **Subject Premises** described in Attachment A, for evidence, instrumentalities, contraband, and fruits of these crimes as further described in Attachment B.

3.      Your Affiant is a Special Agent with the Federal Bureau of Investigation (FBI) and has been appointed as a Special Agent since June 2010. I am assigned to the Violent Crime Task Force and have been since 2017. My duties include the investigation of crimes such as those at issue in this matter. Prior to investigating violent crimes, I investigated counterintelligence and counterproliferation matters for the FBI.

4.      The facts in this Affidavit come from your Affiant's own investigation, training and experience, the investigation of other agents and law enforcement officers, either directly or indirectly through their reports or affidavits, surveillance conducted by law enforcement officers, review of law enforcement databases, the acquisition and review of surveillance footage, and information obtained from witnesses.

1

5.     This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all the relevant facts known to law enforcement officers.

## PROBABLE CAUSE/BACKGROUND ON INVESTIGATION

6.     The United States currency stolen during the below referenced robberies was Federally insured by either the Federal Deposit Insurance Corporation ("FDIC') or the National Credit Union Administration ("NCUA")

7.     The FBI Violent Crimes Task Force, along with other local law enforcement agencies has been investigating a series of bank robberies, in violation of 18 U.S.C § 2113, which have occurred since September 23, 2021.  Investigators believe the same individual is responsible for this series of bank robberies.  During this bank robbery series, a White or Hispanic female has entered the bank and committed bank robbery at four different bank locations within the District of Arizona, to include the cities of Mesa, Scottsdale, and Tempe, Arizona.  The suspect has worn the same or similar clothing in each robbery and has made similar written demands for cash.  The White or Hispanic female has also been found to have the same M.O. (Modus Operandi) in each robbery incident.

8.     Each robbery incident is listed and described below.  The following facts are set forth to establish probable cause for the issuance of a search warrant for the **Subject Premises**.

## INCIDENT #1:  MESA POLICE DEPARTMENT REPORT NUMBER 2021-187328
## FBI CASE NUMBER 91A-PX-3500326

9.     On September 23, 2021, at approximately 1:42 p.m., an unidentified White or Hispanic female suspect entered the Desert Financial Credit Union, a Federally Insured Institution, located inside a Walmart store at 1606 South Signal Butte in Mesa, Arizona. The suspect, once inside the bank, approached the victim/teller and passed a handwritten robbery demand note to the victim/teller.  The note demanded money from the cash drawer, and indicated the suspect had a firearm.  The victim/teller complied and gave the suspect $120.00 in United States currency.

10.　　Review of bank surveillance footage showed the suspect as a White or Hispanic female, approximately 5'0 to 5'3 tall, 25-35 years of age, 150-160 pounds, long brown hair wearing black and white sneakers, gray and black colored shorts, a black, short-sleeved tee shirt, and black/gray and white bandana.  The suspect was carrying a black, over the shoulder type purse/bag with a gold label or buckle.

11.　　Upon obtaining the currency, the subject exited the Walmart.  No vehicles were observed.  The subject did not display a firearm.

## INCIDENT #2: MESA POLICE DEPARTMENT REPORT NUMBER 2021-195877
## FBI CASE NUMBER 91A-PX-3503651

12.　　On October 4, 2021 at 3:38 p.m., an unknown White or Hispanic female entered the U.S. Bank, a Federally Insured Institution, located inside a Safeway Store at 1855 North Power Road, Mesa, Arizona.  The unknown female suspect approached the victim/teller and asked about opening a new account.  The unknown female suspect then passed a demand note that stated, "All the $ in the bag. Big Bills, 20-50-100's. I have a gun. No alarms. No dye packs. I am being made to do this. Thank you."  The victim teller complied and gave the unknown female suspect $2160.00 in United States currency.  The unknown female suspect placed the currency in a bag she was carrying and exited the store via the south entry/exit doors.

13.　　Review of bank surveillance showed the suspect as a White or Hispanic Female, 25-35 years of age, 5'3-5'5, 130-150 pounds, brown hair, dark hair, circular tattoo on her right forearm, wearing white/gray sneakers, blue jeans, black short sleeved tee shirt, black and white bandana covering the mouth and nose, and carrying a large, over the shoulder type bag or purse.

14.　　No vehicles were observed.  The subject did not display a firearm.

3

**INCIDENT #3: SCOTTSDALE POLICE DEPARTMENT REPORT # 21-19723**

**NO FBI CASE NUMBER ASSIGNED**

15.     On October 9, 2021 at 12:20 p.m., an unknown White or Hispanic female entered the Chase Bank, a Federally Insured Institution, located at 2902 North Scottsdale Road, Scottsdale, Arizona.  The unknown female suspect approached the victim/teller and stated she needed to make a withdrawal.  The unknown female suspect then passed a handwritten robbery demand note through the partition that read in part, "I'm sorry. This is a robbery. I have a gun in the bag. Empty all the money in your register."  The victim/teller complied and gave the unknown female suspect $1231.00 in United States currency.  The unknown female suspect placed the currency in a bag she was carrying and exited the bank.  The unknown female suspect was observed walking west on the north side of Thomas Road, toward an adjacent business.

16.     Review of bank surveillance showed the suspect as a White or Hispanic Female, 25-35 years of age, 5'3-5'5, 130-150 pounds, brown hair, circular tattoo on her right forearm, wearing white/gray sneakers, blue jeans, black short sleeved tee shirt, black and white bandana covering the mouth and nose, and carrying a large, over the shoulder type bag or purse.

17.     Initially, no vehicles were observed.  The subject did not display a firearm.

**CURRENT INVESTIGATION**

18.     All bank locations were processed for latent fingerprints, but none were developed.  Swabs were obtained from each bank location for possibly future DNA analysis.

19.     Following Robbery Incident #3, Scottsdale Police detectives and your Affiant conducted a canvas for surveillance footage from adjacent businesses.

20.     Investigators discovered the Old Town Smoke Shop, located at 7156 East Thomas Road, Scottsdale, Arizona was equipped with numerous, exterior surveillance cameras.  The smoke shop is located in a building to the west of the Chase Bank.  An alley on the west side of the smoke shop leads to the parking lot on the north side of the building.

21.     On October 11, 2021, surveillance footage was obtained from the Old Town Smoke Shop covering the time frame between 12:00 p.m. to 1:00 p.m. on October 9, 2021.

22.     On October 9, 2021 at 12:00 p.m., surveillance footage shows an older model, dark gray colored, Toyota Tacoma pick-up truck turning north into the parking lot from westbound Thomas Road.  The vehicle parks directly in front of, and north of an exterior surveillance camera.  A female subject is observed exiting the rear, passenger side door of the vehicle, and walking to the area just outside the front doors of the smoke shop. The female subject matches the physical and clothing description of the female suspect who later robbed the Chase Bank.

23.     The Toyota Tacoma pick-up truck was observed exiting the parking lot, leaving the male and female behind.  Other exterior store surveillance cameras show the truck driving east on Thomas Road, and then entering a parking lot on the south side of Thomas Road.  The truck is observed driving east and westbound on Thomas Road, eventually making a u-turn and re-entering the smoke shop parking lot at 12:14 p.m.

24.     The female is observed standing outside the truck.  A white or Hispanic male, 5'8-5'10, thin build, brown hair, wearing black shorts, white tee shirt, and tattoos covering both arms is observed exiting the truck from the rear passenger seat and walking around. The male and the female are seen talking and interacting.  At some point, the male gives the female a dark colored bandana which he had been wearing.  At 12:16 p.m., the female subject is observed walking south on the west side of the building, toward Thomas Road. At 12:19 p.m., as the female subject is walking down the alley on the west side of the smoke shop, she is observed tying a dark colored bandana around her face.  The female subject is then observed walking east on Thomas Road, toward the Chase Bank, and out of camera view.

25.     At 12:22 p.m., the female is observed walking/jogging westbound on Thomas Road from the Chase Bank, passing in front of the smoke shop, and then turning north in the alley/driveway on the west side of the smoke shop toward the rear parking lot.

The female subject is observed getting into the rear, passenger side door of the truck. The truck then exited the driveway, and was observed driving westbound on Thomas Road.

26.     The smoke shop surveillance camera captured the license plate of the vehicle. The vehicle was bearing Arizona license plate 13A8SA. This license plate returns to a 2010, Toyota Tacoma, pick-up truck. The registered owner is listed as Antolina Castillo at an address on Madison Street, in Phoenix, Arizona.

27.     Upon obtaining a known photograph of Castillo, she shares similar physical characteristics to the female bank robbery suspect.

28.     Castillo has historical addresses in the city of Apache Junction, Arizona.

29.     Investigators responded to the historical addresses in Apache Junction, and checked the surrounding area.

30.     On October 11, 2021 at approximately 2:00 p.m., investigators observed the Toyota Tacoma, bearing Arizona license plate 13A8SA in the parking lot of a gas station on the Southeast corner of Apache Trail and Ironwood Drive in the city of Apache Junction.

31.     On October 11, 2021, a search warrant was issued in the District of Arizona authorizing law enforcement to install a tracking device on the Toyota Tacoma.

32.     On October 12, 2021, law enforcement installed the tracking device and continued surveillance of the vehicle.

33.     On October 13, 2021, investigators reviewed the vehicle tracking information and determined the vehicle had been at the Red Roof Inn located at 2135 West 15th Street, Tempe, Arizona. An investigator made contact with management at the Red Roof Inn and showed surveillance images of the female bank robbery suspect to the employee. The hotel employee recognized the female as a recent guest of the hotel. The employee advised that on Monday, October, 11, 2021, the female and her boyfriend were kicked out of the hotel for using drugs in the room. The female was identified through hotel records as Taylor **STEWART**, date of birth XX/XX/1994.

34.     A check of the Arizona Motor Vehicle Division (MVD) database located driver's license information and a photo for **STEWART**. Review of the biographical

information and photo of **STEWART** revealed similarities and physical characteristics matching those of the female bank robbery suspect.

35.    Investigators continued to maintain surveillance in the vicinity of the Red Roof Inn. Investigators observed a white or Hispanic male with tattoos on his arms exit the Extended Stay America hotel located at 2165 West 15th Street, Tempe, Arizona. This male matched the physical description of the male captured in the surveillance video with the suspect female and the Toyota Tacoma. Shortly thereafter, a female, matching the description of **STEWART** exited and met up with the male.

36.    Investigators observed **STEWART** and the male get into a vehicle, driven by another male. The vehicle traveled to the CVS located at 802 South Mill Avenue, Tempe, Arizona. At the CVS, the male driver purchased some food or candy. The two males and **STEWART** were observed standing outside the CVS.

37.    Investigators noted that a Chase Bank was located at 830 South Mill Avenue, Tempe, Arizona, just south of the CVS where **STEWART** and the males were standing.

**INCIDENT #4: Chase Bank, 830 South Mill Avenue, Tempe, Arizona**

38.    Investigators observed **STEWART** cover her face with a dark colored bandana, similar to the one observed in the previous bank robbery incidents, and put on sunglasses before walking quickly towards the Chase Bank, a federally insured institution, located at 830 South Mill Avenue, Tempe, Arizona. **STEWART** was carrying a dark colored bag similar to that used in the other robbery incidents. **STEWART** entered the bank and approached the business transaction teller and presented a robbery demand note which read "Hand Over The Money And I Won't Shoot, Total is 4,320."

39.    The victim bank teller realized it was a robbery and complied with the demand note providing **STEWART** with money. Approximately $3,700 was taken in this robbery. **STEWART** took the money and fled the bank on foot. A law enforcement officer confirmed that **STEWART** had robbed the bank at approximately 12:38 p.m.

40.    After exiting the bank, law enforcement officers apprehended **STEWART** and took her into custody at approximately 12:40 p.m.

7

41.     Law enforcement also detained the male who had been with **STEWART**. The male was identified as Kevin Holt, date of birth XX/XX/1985.  While detained, Holt made spontaneous statements that **STEWART** had gone into the bank to pick up a money transfer that her father had sent her.  Holt said he and **STEWART** were staying in room #301 at the Extended Stay Hotel, 2165 West 15th Street, Tempe, Arizona.  Holt also said that **STEWART** had a drug use problem.

42.     **STEWART** and Holt were transported to the Phoenix Police Department, Violent Crimes Bureau, at 620 West Washington Street, Phoenix, Arizona.

43.     **STEWART** was subsequently interviewed at the Phoenix Police Department, Violent Crimes Bureau.  **STEWART** was provided with her *Miranda* Rights warning and advised she understood her rights and was willing to speak with investigators without an attorney.

44.     During the interview, **STEWART** was shown still images from surveillance video from the four bank robberies referenced above.  **STEWART** made statements admitting that she had committed all four of the bank robbery incidents referenced in this Affidavit.  **STEWART** said that she had written the demand notes herself.  She said she threatened the gun to scare the victim tellers into giving her the money.  **STEWART** said that no one was forcing her to do these robberies.  **STEWART** said that Holt was not part of the bank robbery.  She had told him that she was getting money that her father had sent to her.  **STEWART** stated that she had been staying at the Extended Stay Hotel with Holt, but she could not remember the room number they were in.

45.     Investigators with the Tempe Police Department made contact with management at the Extended Stay Hotel, 2165 West 15th Street, Tempe, Arizona and confirmed that Kevin Holt was listed as the renter of room #301.

46.     Law enforcment investigators are currently mainting surveillance of **Subject Premises**.

47.     Based on my training and experience, and in consultation with other experienced investigators, your Affiant is aware that individuals involved in criminal

activity, to include robberies, often maintain at their residences, vehicles, and on their property, tools and other implements they used during or in furtherance of the commission of the crime. Individuals involved in robberies will also maintain notes or other documents containing the names and contacts of their associates. These individuals will also maintain notes or other documents related to the planning, preparation and execution of the crime or related to the victim. I also know that sometimes robbers retain items used to facilitate the robberies as well as items taken during the robberies. Sometimes, in addition to money, robbers also take receipts, other documents and items bearing the name of the commercial business. I also know that individuals tend to retain their clothing, including the items worn in the robberies, for extended periods of time. Robbers often store proceeds, instrumentalities, fruits, and evidence of their crimes in their homes and/or vehicles. Sometimes robbers take pictures or videos of themselves, their fellow conspirators, clothing or instruments used in the commission of crimes, as well as money or property obtained during the course of the robberies and post those pictures or videos on social media websites, such as Facebook, Instagram, store them in cloud-based accounts, such as Google accounts, Yahoo accounts, or Apple iCloud accounts, or share them via cell phone applications and messaging services. I also know that criminals, to include robbers, will use various means of communication, to include telephonic and/or other electronic means, to communicate with fellow conspirators and share information, including the use of messenger service applications on their cell phones, messenger services included with Facebook, Instagram, Google, Gmail, Apple, Yahoo, and other social media accounts. These communications may take place at various stages of the commission of the crime, i.e, the planning of, execution of, or after the crime

## AUTHORIZATION REQUEST

48.     Based on the foregoing, your Affiant submits there is probable cause and reason to believe the items in Attachments B, which constitute evidence, fruits, and/or instrumentalities of violations of Title 18, United States Code (U.S.C.), Section 2113 (Bank

Robbery and Incidental Crimes) are likely to be found at the **Subject Premises**, which is further described in Attachment A.

49.     Based on the foregoing, your Affiant requests that the Court issue the proposed search warrant.

_Travis Bodily_
_____
Special Agent TRAVIS K. BODILY

Subscribed and sworn to before me telephonically this 13th day of October, 2021.

_Michelle Burns_
_____
HONORABLE MICHELLE H. BURNS
United States Magistrate Judge

10